UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF               Civil Action No:
TAMIKA BURRELL                            Judge:

                        Plaintiff,

                                          Removed from Sixth Circuit Court
-vs-                                      2018-170082-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                        Defendant.

---

### NOTICE OF REMOVAL

NOW COMES, Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by its attorneys Julie A. Taylor & Associates, removes this action from the Sixth Judicial Circuit Court, State of Michigan, where it is now pending, to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1441(b). In support of its Notice of Removal, State Farm states as follows:

1.    State Farm Mutual Automobile Insurance Company ("State Farm") is a corporation duly organized under the laws of the State of Illinois with its principal place of business in Bloomington, Illinois.

2.    On or about November 26, 2018, Plaintiff Executive Ambulatory Surgical Center LLC ('Plaintiff") filed the above-captioned civil action, No. 2018-170082-NF, in the Third Circuit Court, State of Michigan.  *See* Summons and Complaint, attached as **Exhibit A.**

3.    Plaintiff alleges that it is an assignee of Tamika Burrell, a Michigan resident. **Exhibit A ¶3-8.**

4.      Plaintiff is a Michigan Limited Liability Company whose registered agent / registered office in located the Canton, Michigan. **Exhibit A ¶1 & Exhibit B.**

5.      In its Complaint, Plaintiff claims to be seeking $129,344.60 for No-Fault benefits from Defendant for an August 19, 2014 motor vehicle accident involving Tamika Burrell. **Exhibit A ¶13.**

6.      The summons and complaint were served on State Farm on or about December 3, 2018. **Exhibit C.**

7.      The claims being brought by Plaintiff against State Farm exceed $75,000 as stated in the complaint. **Exhibit A ¶13.**

8.      Therefore, a controversy exists between State Farm and Plaintiff where the amount in controversy exceeds $75,000, making this case removable to this Court.

9.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 due to the amount in controversy and diversity of citizenship of the parties.

10.     State Farm's Notice of Removal is timely because it is filed within 30 days "…after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. §1446(b).

11.     The within Notice of Removal will be filed with the Clerk of the Sixth Judicial Circuit Court, State of Michigan, as required by 28 U.S.C. § 1446(d), and copies of the same will be served upon Plaintiff.

12.     State Farm hereby relies upon its Jury Demand previously filed in this matter and demands a trial by jury on the claims at issue in the Complaint(s).

13.     A copy of all pleadings filed to date in the State court matter are attached hereto as **Exhibit D**.

WHEREFORE, Defendant, State Farm Mutual Automobile Insurance Company, prays that this Honorable Court enter this cause on its docket and enter such further proceedings herein as may be proper and authorized by law.

JULIE A. TAYLOR & ASSOCIATES

s/ Kevin J. Bacon
Kevin J. Bacon, P69679
Attorney for Defendant State Farm
20750 Civic Center Dr., Suite 400
Southfield, MI 48076
(248) 945-3856
kevin.bacon.kjz3@statefarm.com

December 31, 2018

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF                Civil Action No:
TAMIKA BURRELL                             Judge:

                    Plaintiff,

                                           Removed from Third Circuit Court
-vs-                                       2018-170082-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Defendant.

_____

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN   )
                    )SS
COUNTY OF OAKLAND)

     Kathleen L. Porter certifies the following:

     That on the 31th day of December, 2018 she electronically filed copies of Defendant State Farm Mutual Automobile Insurance Company's Notice of Removal, and this Proof of Service with the Clerk of the Court using the CM/ECF system and served copies on Gary R. Blumberg., Esq.,  by United States mail.


                __s/ Kathleen L. Porter___
                 Kathleen L. Porter

*Exhibit A*

Approved, SCAO

| Original - Court | 2nd copy - Plaintiff |
|---|---|
| 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| **JUDICIAL DISTRICT** | **SUMMONS** | 2018-170082-NF |
| 6th **JUDICIAL CIRCUIT** | | |
| **COUNTY PROBATE** | | |

**Court address**
1200 North Telegraph Road Pontiac, MI 48340

**Court telephone no.**
(248) 858-0344

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, AS ASSIGNEE OF TAMIKA BURRELL, | v | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>Resident Agent<br>CSC-Lawyers Incorporating Service Company<br>601 Abbot Road<br>East Lansing, MI 48823 |

Plaintiff's attorney, bar no., address, and telephone no.
GARY R. BLUMBERG (P29820)
15011 MICHIGAN AVENUE
DEARBORN, MI 48126
(313) 230-1121

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☒ this court, ☒ Oakland County, Wayne County and 10th Judicial District Court, where

it was given case number 2017-160194-NF, Shalina Kumar - No longer pending 18-007634 - NF John Gillis and assigned to Judge Currently pending 18-28071 GC no longer pending before Sam Salamey.

The action ☒ remains ☒ is no longer pending.

Summons section completed by court clerk.

SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (8/18)   **SUMMONS**

MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/efiling.

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

EXECUTIVE AMBULATORY SURGICAL CENTER, LLC,
as assignee of TAMIKA BURRELL,

      Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

2018-170082-NF

Case No. 18-  -NF
Hon:
JUDGE D. LANGFORD
MORRIS

GARY R. BLUMBERG (P29820)
MICHELLE L.R. EVERETT (P76943)
JONATHON M. AKKARI (P82201)
GARY R. BLUMBERG P.C.
Attorney for Plaintiff
15011 Michigan Avenue
Dearborn, MI 48126
(313) 230-1121 – Fax: (313) 662-7621

bd

## COMPLAINT

CIVIL ACTIONS ARISING OUT OF THE SAME TRANSACTION OR OCCURENCE AS ALLEGED IN THIS COMPLAINT HAS BEEN PREVIOUSLY FILED IN: OAKLAND COUNTY CIRCUIT COURT, WAYNE COUNTY CIRCUIT COURT AND 19TH JUDICIAL DISTRICT COURT, MICHIGAN REHABILITATION SPECIALISTS, ET AL. V STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CASE NO. 2017-160194-AV, AND IS NO LONGER PENDING BEFORE THE HONORABLE SHALINA KUMAR. TAMIKA BURRELL v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CASE NO. 18-007634-NF AND IS CURRENTLY PENDING BEFORE HON. JOHN H. GILLIS. NORTHWEST LABS, INC., AS ASSIGNEE OF TAMIKA BURRELL v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CASE NO. 18-28071-GC, AND IS NO LONGER PENDING BEFORE HON. SAM A. SALAMEY.

*FILED   Received for Filing   Oakland County Clerk   11/21/2018 12:55 PM*

*GARY R. BLUMBERG – ATTORNEY AT LAW*
*15011 Michigan Avenue*
*Dearborn, MI 48126*
*(313) 230-1121*

- 1 -

FILED Received for Filing Oakland County Clerk 11/21/2018 12:55 PM

GARY R. BLUMBERG – ATTORNEY AT LAW
15011 Michigan Avenue
Dearborn, MI 48126
(313) 230-1121

NOW COMES Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, by and through its attorneys, GARY R. BLUMBERG, PC, and for its cause of action against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereby states as follows:

1.     Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, is a corporation licensed to conduct business under the laws of the State of Michigan and at all times pertinent herein was conducting business in the City of Dearborn, County of Wayne, State of Michigan.

2.     Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is a corporation, duly organized and existing under the laws of the State of Michigan and, at all times pertinent herein, was, and currently is, conducting business in the City of Pontiac, County of Oakland, State of Michigan.

3.     On SEPTEMBER 18, 2018, Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, obtained a valid, enforceable assignment for payment of services rendered, exclusive of future benefits as prohibited under MCL 500.3143. (Exhibit A).

4.     Pursuant to MCL 600.2041, "every action shall be prosecuted in the name of the real party of interest."

5.     Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, as assignee of the injured party, is the real party of interest and as such, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, has the right to prosecute this action against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, pursuant to MCL 600.2041.

6.     All rights, privileges and remedies to payment for health care services, products or accommodations provided by EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, to the injured party, TAMIKA BURRELL, for which the injured party is or

- 2 -

may be entitled to under MCL 500.3101, et seq., the No Fault Act, have been assigned to Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, hereto attached as **Exhibit A**.

7.    As a result of said assignment, Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, bears the burden of pursuit of payment for health care services, products or accommodations, provided by EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, to the injured party.

8.    The claims set forth in this Complaint are being made pursuant to the assignments previously referenced herein.

9.    On or about AUGUST 19, 2014, TAMIKA BURRELL was insured with Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY under the provisions of an automobile insurance policy issued by Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY to TAMIKA BURRELL that was then in effect in accordance with the provisions of MCL 500.3101 et seq., the No-Fault Automobile Insurance Act, and for which applicable premiums were paid.

10.    On AUGUST 19, 2014, as a result of the motor vehicle accident, TAMIKA BURRELL sustained accidental bodily injuries within the meaning of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's policy and the statutory provisions of MCL 500.3105.

11.    On or about AUGUST 19, 2014, Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, incurred reasonable and necessary expenses for TAMIKA BURRELL's care, recovery, or rehabilitation, including allowable expenses per MCL 500.3107(1)(a).

12.    Pursuant to MCL 500.3107, personal protection insurance benefits are payable

- 3 -

FILED    Received for Filing    Oakland County Clerk    11/21/2018 12:55 PM

GARY R. BLUMBERG – ATTORNEY AT LAW
15011 Michigan Avenue
Dearborn, MI 48126
(313) 230-1121

FILED    Received for Filing    Oakland County Clerk    11/21/2018 12:55 PM

GARY R. BLUMBERG – ATTORNEY AT LAW
15011 Michigan Avenue
Dearborn, MI 48126
(313) 230-1121

for bills incurred for reasonable charges for products, services and accommodations for the benefit of TAMIKA BURRELL's care, recovery, or rehabilitation, and said benefits are payable to Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC.

13.     Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, has provided reasonably necessary products, services and/or accommodations to the injured party and continues to do so, resulting in the following outstanding balances:

    a.     DOS - 9/18/2018 =$129,344.60

(Exhibit B)

14.     Reasonable proof for full payment of personal protection insurance benefits has been or will be supplied, but STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has refused to pay benefits.

15.     Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has refused to pay TAMIKA BURRELL and has continued its refusal to pay TAMIKA BURRELL's assignee. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has unreasonably refused and/or delayed in making proper payments to Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, of personal protection insurance benefits in accordance with the applicable no-fault and contract provisions.

16.     Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY has unreasonably refused to pay and/or delayed in making payment of no-fault benefits, contrary to MCLA 500.3148, for which an attorney fee will be sought.

WHEREFORE, Plaintiff, EXECUTIVE AMBULATORY SURGICAL CENTER, LLC, demands judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the amount of $129,344.60, plus interest under the No-Fault

Insurance Act, MCLA 500.3142, and interest under the pre-judgment interest statute, MCLA 600.6013, costs and no-fault attorney fees, if awarded by this Court.

GARY R. BLUMBERG, PC

GARY R. BLUMBERG P29820
Attorney for Plaintiff
15011 Michigan Avenue
Dearborn, MI 48126
313-230-1121

Dated: November 21, 2018

FILED   Received for Filing   Oakland County Clerk   11/21/2018 12:55 PM

GARY R. BLUMBERG -- ATTORNEY AT LAW
15011 Michigan Avenue
Dearborn, MI 48126
(313) 230-1121

FILED   Received for Filing   Oakland County Clerk   11/21/2018 12:55 PM

# EXHIBIT A

## ASSIGNMENT OF RIGHTS

Patient Name: _Tamila Burrell_  ("Assignor")

Medical Provider: _Executive Ambulatory Surgical Center, LLC_ ("Assignee")

Assignor acknowledges that he/she has received treatment, products, services and/or accommodations (collectively the "Services") from Assignee and that Assignor has incurred charges for such Services.

For valuable consideration as set forth herein, Assignor hereby certifies that upon execution of this agreement, Assignor has incurred charges with respect to Services from Assignee on or before the date of execution for which the rights, privileges, claims and remedies for payment for each of those Services are hereby assigned to Assignee.

Assignor understands this Assignment is effective and irrevocable (subject to the termination provision below), as of today's date, and in furtherance of the Assignment, Assignor acknowledges the following:

This is an assignment of the right to enforce payment of charges incurred for Services, for which charges are payable under any policy of insurance, contract, legal claim and/or statute. Such assignment shall include, in Assignee's sole discretion, the right to appeal a payment denial under any procedure outl ined in any insurance policy, contract or statute and/or the right to file suit to enforce the payment of benefits due or past due for the Services incurred and resulting charges.

For all purposes of enforcement of this Assignment, Assignee or its agent is designated as my attorney in fact with respect to any action taken in pursuit of payment for Services provided by Assignee. In the event Assignee files suit to enforce payment of benefits due or past due for the Services, Assignor consents that such suit may be pursued solely in Assignor's name or by Assignee on behalf of Assignor, as Assignee's sole discretion. Assignor further agrees to cooperate and assist Assignee to enforce the payment of benefits and authorizes Assignee to speak with Assignor's attorneys and representatives regarding any and all aspects of such legal claims.

Assignor and Assignee agree that as consideration for this assignment, Assignee assumes the burden, otherwise born by the Assignor, to pursue payment for Services rendered by the Assignee, from the insurance company or entity responsible to pay for such Services. This may include Assignee doing some or all of the following: (i) submitting its bills directly to the insurance company or entity; (2) pursuing the insurance company or entity which is responsible to pay Assignee's bills for payment of Assignee's bills; (3) incurring any expense associated with pursuing payment of Assignee's bills, (4) hiring or retaining the services of an attorney or collection agency to pursue payment of Assignee's bills.

To the extent that Assignor or his representatives receive any award by judgment, settlement, arbitration or otherwise, pertaining to or comprising any portion of the Services, Assignor consents to assign such portion of such award to Assignee until Assignee has received payment for the Services. Assignor further acknowledges and agrees that this agreement shall, for all purposes, constitute a lien on any such award in favor of Assignor and Assignee is authorized to provide notice of this assignment to any party who may receive such an award in favor of Assignor pertaining to or comprising any portion of the Services.

This assignment shall not reduce, diminish or impair Assignor's obligation to pay Assignee for the Services and Assignee acknowledges that, at any time hereto, Assignee may pursue Assignor directly for payment for the Services irrespective of this assignment.

FILED   Received for Filing   Oakland County Clerk   11/21/2018 12:55 PM

1

This assignment shall be irrevocable unless terminated by mutual agreement of Assignee and Assignor in writing.

Assignor and Assignee agree that in the event any terms or provisions of this agreement are declared invalid or unenforceable by any Court or Federal or State Government Agency having jurisdiction over the subject matter of this agreement, the remaining terms and provisions that are not affected thereby shall remain in full force and effect.

Patient Signature _____ ("Assignor")

Date _9_/_18_/_18_

FILED    Received for Filing    Oakland County Clerk    11/21/2018 12:55 PM

FILED   Received for Filing   Oakland County Clerk   11/21/2018 12:55 PM

# EXHIBIT B



STATE FARM
P.O. BOX 106170

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

ATLANTA GA 30348

Page 1 of 2

**1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER [X]**

1a. INSURED'S I.D. NUMBER: 22-4W13-234

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BURRELL TAMIKA

3. PATIENT'S BIRTH DATE / SEX: M ☐ F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BURRELL TAMIKA

5. PATIENT'S ADDRESS (No., Street): 16842 AVON AVE

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): 16842 AVON AVE

CITY: DETROIT  STATE: MI

CITY: DETROIT  STATE: MI

8. RESERVED FOR NUCC USE

ZIP CODE: 48219  TELEPHONE (Include Area Code): ( )

ZIP CODE: 48219  TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (Current or Previous): YES ☐  NO [X]

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [X]  NO ☐  PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. CLAIM CODES (Designated by NUCC):

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐  NO [X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE 09 18 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 08 19 14  QUAL. 431

15. OTHER DATE  MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN ZAMORANO LUCIA MD  17b. NPI 1770549107

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):

20. OUTSIDE LAB? YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate A-L to service line below (24E))  ICD Ind. 0

A. M50020  B. M4802  C.  D.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 09 18 18  09 18 18 | 24 | | 22551 | AB | 85877 40 | 1 | | NPI | 1770549107 |
| 09 18 18  09 18 18 | 24 | | 22853 | AB | 9209 47 | 1 | | NPI | 1770549107 |
| 09 18 18  09 18 18 | 24 | | 20930 | AB | 9130 40 | 1 | | NPI | 1770549107 |
| 09 18 18  09 18 18 | 24 | | 20936 | AB | 2004 10 | 1 | | NPI | 1770549107 |
| 09 18 18  09 18 18 | 24 | | 69990  59 TC | AB | 7384 38 | 1 | | NPI | 1770549107 |
| 09 18 18  09 18 18 | 24 | | 76000  59 TC | AB | 1854 55 | 1 | | NPI | 1770549107 |

25. FEDERAL TAX I.D. NUMBER: 46-1764857  SSN ☐  EIN [X]

26. PATIENT'S ACCOUNT NO.: 0000887

27. ACCEPT ASSIGNMENT? YES [X]  NO ☐

28. TOTAL CHARGE $

29. AMOUNT PAID $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS: SIGNED L ZAMORANO MD  DATE 09/18/18  1386056356

32. SERVICE FACILITY LOCATION INFORMATION: Executive Ambulatory Surgical Center  17000 Executive Plaza Drive, Ste 301  DEARBORN, MI 48126-2793  a. 1386056356

33. BILLING PROVIDER INFO & PH #: (313) 789-5579  Executive Ambulatory Surgical Center  17000 Executive Plaza Drive, Ste 301  DEARBORN, MI 48126-2793  a. 1386056356

NUCC Instruction Manual available at www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

*(left margin, rotated)* FILED  Received for Filing  Oakland County Clerk  11/21/2018 12:55 PM



STATE FARM
P.O. BOX 106170

ATLANTA GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA

Page 2 of 2

PICA ☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLKLUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☒ (ID#) | 22-4W13-234 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
BURRELL TAMIKA

3. PATIENT'S BIRTH DATE ▓▓▓▓ SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
BURRELL TAMIKA

5. PATIENT'S ADDRESS (No., Street)
16842 AVON AVE

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
16842 AVON AVE

CITY DETROIT STATE MI

8. RESERVED FOR NUCC USE

CITY DETROIT STATE MI

ZIP CODE 48219 TELEPHONE (Include Area Code) ( )

ZIP CODE 48219 TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES ☒ NO ☐ PLACE (State) MI

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 09 18 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
08 10 14 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN ZAMORANO LUCIA MD

17a.
17b. NPI 1770549107

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☐ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

| A. LM50020 | B. M4802 | C. | D. |
| E. | F. | G. | H. |
| I. | J. | K. | L. |

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 09 18 18 09 18 18 | 24 | | 76001 59 TC | AB | 2423 22 | 1 | | NPI | 1770549107 |
| 09 18 18 09 18 18 | 24 | | 95938 59 TC | AB | 2109 24 | 1 | | NPI | 1770549107 |
| 09 18 18 09 18 18 | 24 | | 95938 59 TC | AB | 2109 24 | 1 | | NPI | 1770549107 |
| 09 18 18 09 18 18 | 24 | | 95861 59 TC | AB | 642 60 | 1 | | NPI | 1770549107 |
| 09 18 18 09 18 18 | 24 | | C1889 | AB | 6600 | 1 | | NPI | 1770549107 |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 46-1764857 SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. 0000887

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 129344 60

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED L ZAMORANO MD DATE 09/18/18

32. SERVICE FACILITY LOCATION INFORMATION
Executive Ambulatory Surgical Center
17000 Executive Plaza Drive, Ste 301
DEARBORN, MI 48126-2793

a. 1386056356

33. BILLING PROVIDER INFO & PH # (313) 789-5579
Executive Ambulatory Surgical Center
17000 Executive Plaza Drive, Ste 301
DEARBORN, MI 48126-2793

a. 1386056356

NUCC Instruction Manual available at www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

11/21/2018 12:55 PM Oakland County Clerk

FILED Received for Filing

*Exhibit B*

# *Michigan Department of Licensing and Regulatory Affairs*

# *Filing Endorsement*

This is to Certify that the **ARTICLES OF ORGANIZATION (DOMESTIC L.L.C.)**

for

***EXECUTIVE AMBULATORY SURGICAL CENTER, LLC***

*ID NUMBER: D8793L*

received by facsimile transmission on January 10, 2013 is hereby endorsed
Filed on January 14, 2013 by the Administrator.

*The document is effective on the date filed, unless a
subsequent effective date within 90 days after
received date is stated in the document.*



*In testimony whereof, I have hereunto set my
hand and affixed the Seal of the Department,
in the City of Lansing, this 14TH day
of January, 2013.*

*Director*

***Bureau of Commercial Services***

Sent by Facsimile Transmission 13014

BCS/CD-700 (Rev. 04/11)

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## BUREAU OF COMMERCIAL SERVICES

| Date Received | (FOR BUREAU USE ONLY) | |
|---|---|---|
| | This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. | |

| | |
|---|---|
| **Name** Kevin S. Green | |
| **Address** 49100 Van Dyke Avenue | |
| **City** Shelby Township   **State** MI   **ZIP Code** 48317 | EFFECTIVE DATE: |

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## ARTICLES OF ORGANIZATION
### For use by Domestic Limited Liability Companies
(Please read information and instructions on reverse side)

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned executes the following Articles:*

### ARTICLE I

The name of the limited liability company is:  Executive Ambulatory Surgical Center, LLC

### ARTICLE II

The purpose or purposes for which the limited liability company is formed is to engage in any activity within the purposes for which a limited liability company may be formed under the Limited Liability Company Act of Michigan.

The limited liability company will own and operate a free standing outpatient surgical facility, and will not exercise in the practice of medicine.

### ARTICLE III

The duration of the limited liability company if other than perpetual is: _____

### ARTICLE IV

1. The name of the resident agent at the registered office is: Samer Suleiman _____

2. The street address of the location of the registered office is:

   47087 Hidden River Circle S.,            Canton            , Michigan    48188
   (Street Address)                         (City)                          (Zip Code)

3. The mailing address of the registered office if different than above:

   _____         _____         , Michigan    _____
   (P.O. Box or Street Address)            (City)                           (Zip Code)

### ARTICLE V (Insert any desired additional provision authorized by the Act; attach additional pages if needed.)

Signed this ___10th___ day of ___January___ , ___2013___

By ___K S S___

(Signature(s) of Organizer(s)   01/10/2013  5:30PM (GMT-05:00)

Kevin S. Green

Filed by Corporations Division Administrator   Filing Number: 201871534920   Date: 07/11/2018



Form Revision Date 07/2016

## MI / FOREIGN LLC ANNUAL STATEMENT (YEARS: 1993-PRESENT)

*(Required by Section 207, Act 23, Public Act of 1993)*

| | |
|---|---|
| Identification Number: | 801696239 |

Annual Statement Filing Year:   2018

1. Limited Liability Company Name:

EXECUTIVE AMBULATORY SURGICAL CENTER, LLC

2. The street address of the limited liability company's registered office and name of the resident agent at that office:

1. Resident Agent Name:   SAMER SULEIMAN

2. Street Address:   47087 HIDDEN RIVER CIR S

   Apt/Suite/Other:

   City:   CANTON

   State:   MI         Zip Code: 48188

3. Mailing address of the registered office:

   P.O. Box or Street Address:   47087 HIDDEN RIVER CIR S

   Apt/Suite/Other:

   City:   CANTON

   State:   MI         Zip Code: 48188

This annual statement must be signed by a member, manager, or an authorized agent.

Signed this 11th Day of July, 2018 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Samer Suleiman | Manager | |
| | | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

⌐ Decline     ⌐ Accept

Filed by Corporations Division Administrator   Filing Number: 201871534920    Date: 07/11/2018

# *MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS*

## *FILING ENDORSEMENT*

*This is to Certify that the* 2018  ANNUAL STATEMENT

*for*

EXECUTIVE AMBULATORY SURGICAL CENTER, LLC

*ID Number:*   801696239

*received by electronic transmission on*   July 11, 2018   *, is hereby endorsed.*

*Filed on*   July 11, 2018   *, by the Administrator.*

*The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 11th day of July, 2018.*

*Julia Dale, Director*

*Corporations, Securities & Commercial Licensing Bureau*

*Exhibit C*



null / ALL
**Transmittal Number: 19040785**
**Date Processed: 12/03/2018**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Mutual Automobile Insurance Company<br>Entity ID Number  3461675 |
| **Entity Served:** | State Farm Mutual Automobile Insurance Company |
| **Title of Action:** | Executive Ambulatory Surgical Center, LLC, as assignee of Tamika Burrell vs.<br>State Farm Mutual Automobile Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Oakland County Circuit Court, MI |
| **Case/Reference No:** | 2018-170082-NF |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 12/03/2018 |
| **Answer or Appearance Due:** | 28 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Gary R. Blumberg<br>313-230-1121 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

*Exhibit D*

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF
TAMIKA BURRELL,

|  | Case No. 18-170082-NF |
|---|---|
| Plaintiff, | HON. DENISE LANGFORD MORRIS |

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.

| Gary R. Blumberg, P29820 | Kevin J. Bacon, P69679 |
|---|---|
| Gary R. Blumberg, PC | Julie A. Taylor & Associates |
| Attorney for Plaintiff | Attorney for Defendant State Farm |
| 15011 Michigan Ave. | 20750 Civic Center Dr., Suite 400 |
| Dearborn, MI 48126 | Southfield, MI 48076 |
| (313) 230-1121; Fax: (313) 662-7621 | (248) 945-3856; Fax: (855) 847-1378 |

## **APPEARANCE**

The undersigned files this Appearance on behalf of the Defendant, State Farm

Mutual Automobile Insurance Company, in the above-captioned cause of action.

JULIE A. TAYLOR & ASSOCIATES

/s/ Kevin J. Bacon
Kevin J. Bacon, P69679
Attorney for Defendant State Farm
20750 Civic Center Dr., Suite 400
Southfield, MI 48076
(248) 945-3856

Dated:        December 28, 2018

EMPLOYEES OF THE LAW DEPARTMENT, STATE
FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

-1-

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF
TAMIKA BURRELL,

                        Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                        Defendant.

Case No. 18-170082-NF

HON. DENISE LANGFORD MORRIS

| | |
|---|---|
| Gary R. Blumberg, P29820 | Kevin J. Bacon, P69679 |
| Gary R. Blumberg, PC | Julie A. Taylor & Associates |
| Attorney for Plaintiff | Attorney for Defendant State Farm |
| 15011 Michigan Ave. | 20750 Civic Center Dr., Suite 400 |
| Dearborn, MI 48126 | Southfield, MI 48076 |
| (313) 230-1121; Fax: (313) 662-7621 | (248) 945-3856; Fax: (855) 847-1378 |

**ANSWER TO COMPLAINT**

      NOW COMES Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys, JULIE A. TAYLOR & ASSOCIATES, and in answer to Plaintiff, Executive Ambulatory Surgical Center, LLC's Complaint states as follows:

      1.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph one.

      2.     State Farm is an Illinois company, but does not contest that it conducts business in Oakland County, Michigan.

      3.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph three.

      4.     Paragraph four sets forth conclusions of law to which no response is required.   To the extent a response is required, State Farm denies Plaintiff's characterization of the conclusion of law.

5.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph five.

6.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph six.

7.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph seven.

8.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph eight.

9.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph nine.

10.     State Farm lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph ten.

11.     State Farm denies the allegations of paragraph eleven because they are untrue.

12.     Paragraph twelve sets forth conclusions of law to which no response is required.   To the extent a response is required, State Farm denies Plaintiff's characterization of the conclusion of law and denies that the services Plaintiff allegedly provided to Tamika Burrell were reasonable or necessary or related to the subject accident.

13.     State Farm denies the allegations of paragraph thirteen because they are untrue.

14.     State Farm denies the allegations of paragraph fourteen because they are untrue.

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

15.    State Farm denies the allegations of paragraph fifteen because they are untrue.

16.    State Farm denies the allegations of paragraph sixteen because they are untrue.

WHEREFORE, Defendant State Farm prays for a judgment of no cause of action and/or dismissal together with court costs and attorney fees so wrongfully sustained.

JULIE A. TAYLOR & ASSOCIATES

/s/ Kevin J. Bacon
Kevin J. Bacon, P69679
Attorney for Defendant State Farm
20750 Civic Center Dr., Suite 400
Southfield, MI 48076
(248) 945-3856

Dated:        December 28, 2018

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF
TAMIKA BURRELL,

                              Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                              Defendant.

Case No. 18-170082-NF

HON. DENISE LANGFORD MORRIS

| | |
|---|---|
| Gary R. Blumberg, P29820 | Kevin J. Bacon, P69679 |
| Gary R. Blumberg, PC | Julie A. Taylor & Associates |
| Attorney for Plaintiff | Attorney for Defendant State Farm |
| 15011 Michigan Ave. | 20750 Civic Center Dr., Suite 400 |
| Dearborn, MI 48126 | Southfield, MI 48076 |
| (313) 230-1121; Fax: (313) 662-7621 | (248) 945-3856; Fax: (855) 847-1378 |

**<u>SPECIAL AND/OR AFFIRMATIVE DEFENSES</u>**

       NOW COMES the Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys, JULIE A. TAYLOR & ASSOCIATES, and hereby asserts as special/affirmative defenses, if applicable, the following:

       1.     Plaintiff's claim for interest is barred because all or part of its claims are not past due because Plaintiff has not presented reasonable proof of fact and amount of loss.

       2.     Plaintiff is not entitled to attorney fees under MCL 500.3148(1) because benefits are not past due and because State Farm did not unreasonably delay or refuse to pay benefits because a reasonable question of entitlement and/or a reasonable question of law existed.

       3.     State Farm is entitled to a credit or set off for benefits provided or required to be provided under the laws of any state or federal government pursuant to MCL 500.3109.

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

FILED    Received for Filing    Oakland County Clerk    12/28/2018 2:41 PM

4.      The contract of insurance applicable to this accident provides for coordinated benefits coverage which renders any other health and accident coverage as the primary provider of medical expenses/wage loss indemnification and this Defendant is solely responsible for excess medical expenses/wage loss which are not otherwise paid or payable by the primary coverage.

5.      The expenses incurred were not reasonable or necessary and the treatment received was unreasonable and excessive.

6.      All or part of the services for which Plaintiff is claiming compensation were not lawfully rendered.

7.      Plaintiff has failed to mitigate its damages.

8.      Plaintiff's claim is barred by a prior Release, in whole or in part.

9.      Plaintiff's claim is barred by collateral estoppel or res-judicata.

10.     The Michigan No-Fault Act does not grant healthcare providers a statutory cause of action against insurers to recover the costs of providing products, services, and accommodations to an injured person.

11.     Any assignment of benefits or other transfer of rights is not binding on Defendant unless approved by Defendant.

12.     Plaintiff's claim should be dismissed because the underlying State Farm policy states "no assignment of benefits or other transfer of rights is binding upon us unless approved by us" and no such approval has been requested or provided in the present case.

13.     Plaintiff's claim should be dismissed because this action constitutes another action that has been initiated between the same parties involving the same claim.

14.     Plaintiff failed to state a claim upon which relief can be granted.

FILED   Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

15.     Plaintiff's claims are barred because Plaintiff lacks standing, capacity, and/or authority to bring a claim against State Farm pursuant to a purported assignment of rights under the terms of the applicable policy, which expressly forbids any assignments of benefits or other transfer of rights without State Farm's approval.  State Farm did not approve Plaintiff's purported assignments, which are therefore invalid and cannot confer standing, capacity, and/or authority to sue upon Plaintiff in this case.

JULIE A. TAYLOR & ASSOCIATES

/s/ Kevin J. Bacon
Kevin J. Bacon, P69679
Attorney for Defendant State Farm
20750 Civic Center Dr., Suite 400
Southfield, MI 48076
(248) 945-3856

Dated:          December 28, 2018

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF
TAMIKA BURRELL,

                         Plaintiff,

Case No. 18-170082-NF

HON. DENISE LANGFORD MORRIS

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                      Defendant.

| | |
|---|---|
| Gary R. Blumberg, P29820 | Kevin J. Bacon, P69679 |
| Gary R. Blumberg, PC | Julie A. Taylor & Associates |
| Attorney for Plaintiff | Attorney for Defendant State Farm |
| 15011 Michigan Ave. | 20750 Civic Center Dr., Suite 400 |
| Dearborn, MI 48126 | Southfield, MI 48076 |
| (313) 230-1121; Fax: (313) 662-7621 | (248) 945-3856; Fax: (855) 847-1378 |

**<u>DEMAND FOR TRIAL BY JURY</u>**

    The Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys, JULIE A. TAYLOR & ASSOCIATES, demands a jury Trial.

                         JULIE A. TAYLOR & ASSOCIATES

                         /s/ Kevin J. Bacon
                         Kevin J. Bacon, P69679
                         Attorney for Defendant State Farm
                         20750 Civic Center Dr., Suite 400
                         Southfield, MI 48076
                         (248) 945-3856

Dated:       December 28, 2018

                                                         FEE

FILED     Received for Filing   Oakland County Clerk   12/28/2018 2:41 PM

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

EXECUTIVE AMBULATORY SURGICAL
CENTER, LLC, AS ASSIGNEE OF
TAMIKA BURRELL,

        Case No. 18-170082-NF
     Plaintiff,   HON. DENISE LANGFORD MORRIS

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

| | |
|---|---|
| Gary R. Blumberg, P29820 | Kevin J. Bacon, P69679 |
| Gary R. Blumberg, PC | Julie A. Taylor & Associates |
| Attorney for Plaintiff | Attorney for Defendant State Farm |
| 15011 Michigan Ave. | 20750 Civic Center Dr., Suite 400 |
| Dearborn, MI 48126 | Southfield, MI 48076 |
| (313) 230-1121; Fax: (313) 662-7621 | (248) 945-3856; Fax: (855) 847-1378 |

**<u>PROOF OF SERVICE</u>**

STATE OF MICHIGAN  )
         )SS
COUNTY OF OAKLAND)

    Kathleen L. Porter certifies the following:

    That on the 28th day of December, 2018 she electronically filed copies of Defendant State Farm Mutual Automobile Insurance Company's Appearance, Answer to Complaint, Affirmative Defenses, Demand for Trial By Jury , and this Proof of Service with the Clerk of the Court using MiFile and electronically served copies on Gary R. Blumberg Esq., via e-mail through MiFile.

          /s/ Kathleen L. Porter
          Kathleen L. Porter

FILED Received for Filing Oakland County Clerk 12/28/2018 2:41 PM